**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENNETH SANCHEZ,

Plaintiff,

v. No. 1:24-cv-00255-SCY-KRS

EP EXPEDITED TRANSPORT LLC,
ROGELIO MARTINEZ,
ABC CORPORATIONS, 123 PARTNERSHIPS,
and XYZ LIMITED LIABILITY COMPANIES.

Defendants.

**CERTIFICATE OF SERVICE**

Defendant EP Expedited Transport LLC, by and through counsel of record, Rodey, Dickason, Sloan, Akin & Robb, P.A. (Seth L. Sparks and Lauren T. Winston), hereby certify that on the 20th day of August 2026, service was made upon counsel and parties of record, via electronic mail, of the following discovery responses:

1. *Defendant EP Expedited Transport LLC's Answers to Plaintiffs' Second Set of Interrogatories*; and

2. *Defendant EP Expedited Transport LLC's Responses to Plaintiffs' Second Set of Requests for Production.*

Respectfully submitted:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *<u>/s/ Seth L. Sparks – Electronically Signed</u>*
Seth Sparks
Lauren T. Winston

P.O. Box 1888
Albuquerque, NM 87103
Phone: (505) 765-5900
Fax: (505) 768-7395
ssparks@rodey.com
lwinston@rodey.com
*Attorneys for Defendants EP Expedited Transport, LLC and Rogelio Martinez*