**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENNETH SANCHEZ and
KATHY SANCHEZ

Plaintiffs,

v. No. 1:24-cv-00255-JB-KRS

EP EXPEDITED TRANSPORT LLC,
ROGELIO MARTINEZ, XPO LOGISTICS
FREIGHT, INC., RXO CAPACITY
SOLUTIONS, INC., ROCK SAFETY
SOLUTIONS, LLC, ABC CORPORATIONS,
123 PARTNERSHIPS, and
XYZ LIMITED LIABILITY COMPANIES

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND EXPERT DISCLOSURE DEADLINES**

**COMES NOW** Plaintiffs Kenneth Sanchez and Kathy Sanchez by and through their counsel of record, hereby moves the Court to amend certain deadlines in the Third Scheduling Order, Dkt. No. 166, related to the disclosure of expert witnesses under Fed. R. Civ. P. 26(a)(2)(B). As grounds for this unopposed motion, Plaintiffs Kenneth Sanchez and Kathy Sanchez state as follows:

1. On June 23, 2026, this Court issued an Order Adopting the parties' Joint Status Report and Provisional Discovery Plan. *See* Dkt. No. 167. The Court's order set the deadline for expert disclosures and reports of October 5, 2026, for Plaintiffs, and November 20, 2026, for all other parties. *See* Dkt. No. 166.

2. On July 17, 2026, Plaintiffs Kenneth Sanchez and Kathy Sanchez served their First Sets of Discovery on Defendants XPO Logistics Freight, Inc. and RXO Capacity Solutions, LLC.

3. Plaintiffs agreed to grant Defendants XPO Logistics Freight, Inc. and RXO Capacity Solutions, LLC, an extension until August 31, 2026, and then until September 4, 2026, to respond to Plaintiffs' discovery.

4. On September 4, 2026, Defendants XPO Logistics Freight, Inc. and RXO Capacity Solutions, LLC served their written answers, responses, and objections to Plaintiffs' First Sets of Discovery. *See* Dkt. No. 174.

5. Soon thereafter, Plaintiffs sent a good faith letter to Defendants XPO Logistics Freight, Inc. and RXO Capacity Solutions, LLC, regarding their discovery responses. Plaintiff then filed an Unopposed Motion to Extend the Deadline to file a motion to compel under D.N.M. Local Rule Civ. 26.6 (*see* Dkt. No. 175), which this Court granted. *See* Dkt. No. 177. As a result, Plaintiffs have until October 9, 2026, to proceed with a motion to compel.

6. Defendants XPO Logistics Freight, Inc. and RXO Capacity Solutions, LLC have a telephone call scheduled for October 5, 2026, to attempt to resolve the discovery disputes.

7. At this time, the parties are actively scheduling depositions of various fact witnesses and the 30(b)(6) corporate representatives of defendants E P Expedited Transport and Rock Safety Solutions, LLC.

8. Further, Plaintiffs have been unable to depose representatives of XPO Logistics Freight, Inc. or RXO Capacity Solutions, LLC, until any discovery disputes are resolved and documents are produced.

9. Despite the parties' diligence, the lack of discovery regarding liability makes it impossible for the parties to meet the expert disclosure deadlines set forth in the Third Scheduling Order (Dkt. No. 166).

10. The parties have conferred and agreed to an extension of expert deadlines to November 5, 2026, for Plaintiffs and December 5, 2026, for all other parties.

11. Plaintiffs' request does not prejudice any other party.

12. As a result, good cause exists for Plaintiffs' request to amend expert disclosure deadlines.

13. Before filing this motion, Plaintiffs' counsel secured the agreement of counsel for XPO Logistics Freight, Inc./RXO Capacity Solutions, LLC and E P Expedited Transport. This motion is UNOPPOSED.

Respectfully Submitted,

*/s/ Deena L. Buchanan*

Deena L. Buchanan
Timothy White
Buchanan Law Firm, LLC
5201 Eagle Rock NE, Ste. 2-A
Albuquerque, NM 87113
Tel: 505-900-3559
Fax: 505-933-7551
deena@dbuchananlaw.com

tim@dbuchananlaw.com

*Attorneys for Plaintiff*

-and-

*/s/ Peter J. Kestner*

Peter J. Kestner
Penn, Kestner & McEwen, PLLC
5854 Blackshire Path
Inver Grove Heights, MN 55076
Tel: 651-728-6595
pete@crawfordkestner.com
*Attorneys for Plaintiff*

-and-

Mary E. Eliasen
Penn, Kestner & McEwen, PLLC
3481 University Dr. S, Ste. 204
Fargo, ND 58104
Tel: 701-532-1656
mary@pkmlawfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed through the U.S. District Court for the District of New Mexico's CM/ECF filing system on October 1, 2026, which served all parties entitled electronically.

*/s/ Deena L. Buchanan*

Deena L. Buchanan