**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENNETH SANCHEZ and
KATHY SANCHEZ,

Plaintiffs,

Case No. 1:24-cv-255-SMD-KRS

v.

EP EXPEDITED TRANSPORT LLC,
ROGELIO MARTINEZ, XPO LOGISTICS FREIGHT, INC., RXO CAPACITY SOLUTIONS, LLC, ROCK SAFETY SOLUTIONS, LLC, ABC CORPORATIONS, 123 PARTNERSHIPS, and XYZ LIMITED LIABILITY COMPANIES,

Defendants.

## ORDER EXTENDING PRETRIAL DEADLINES

**THIS MATTER** comes before the Court on the Parties' Stipulated Motion to Extend Pretrial Deadlines (**Doc. 197**). The Court, having reviewed the Motion and noting the agreement of the Parties, finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4) and that the Motion is well taken and should be **GRANTED**, with slight modifications, as shown below.

**IT IS THEREFORE ORDERED** that the pretrial deadlines in this matter are extended as follows:

| Deadline | Extended Deadline |
|---|---|
| Plaintiffs' Rule 26(a)(2) disclosures[1] and expert reports[2] | February 26, 2027 |

[1] The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose all witnesses who will offer expert testimony, not just those for whom a report is required.

[2] For experts for whom a report is required, the parties must have their experts ready to be deposed at the time they identify them and produce their reports.

| Deadline | Extended Deadline |
|---|---|
| Defendants' Rule 26(a)(2) disclosures and expert reports | April 9, 2027 |
| Mediation | April 30, 2027[3] |
| Rule 26(e) supplementation | Due within 30 days of receipt of the information giving rise to the need for supplementation |
| Close of discovery | May 14, 2027 |
| Discovery motions | May 28, 2027 |
| All other motions[4] | June 4, 2027 |

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for

[3] At the parties' request, a settlement conference has been scheduled for April 22, 2027. *See* (Doc. 192). The mediation deadline applies should the parties decide to participate in private mediation instead of the scheduled settlement conference. If the parties participate in private mediation either instead of or in addition to a settlement conference with the Court, they shall file a notice on the docket within five (5) business days of the mediation taking place indicating the date the mediation occurred and its results.

[4] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order. Counsel should review and comply with the chambers-specific guidelines for the presiding and referral judges assigned to this case, which are available at *https://www.nmd.uscourts.gov/judges*. Each judge may have practices and submission procedures that counsel are expected to follow.

motions related to discovery does not relieve the party of the twenty-one (21) day time-period under Local Rule 26.6 to challenge a party's objections to answering discovery.

**IT IS FURTHER ORDERED** that all other deadlines in the Third Scheduling Order (Doc. 166) not modified by this Order remain in effect.

IT IS SO ORDERED this 6th day of November, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

*/s/ Ryan T. Goodhue*
Brian J. Fisher
Ryan T. Goodhue
MAYER LLP
4101 Indian School Rd. NE, Suite 301N
Albuquerque, NM 87110
Telephone: 505-483-1840
Email: bfisher@mayerllp.com
Email: rgoodhue@mayerllp.com
*Attorneys for Defendants RXO Capacity Solutions, LLC and XPO Logistics Freight, Inc.*

**APPROVED BY:**

*Approved via Email 11/01/26*
Kate P. Jones
Deena L. Buchanan
Timothy White
BUCHANAN LAW FIRM, LLC
5201 Eagle Rock Ave. NE, Ste. 2-A
Albuquerque, NM 87113
Telephone: (505) 900-3559
Email: kate@dbuchananlaw.com
Email: deena@dbuchananlaw.com
Email: tim@dbuchananlaw.com
*Attorneys for Plaintiffs Kenneth Sanchez and Kathy Sanchez*

*Approved via Email 11/04/26*
Seth Sparks
Lauren T. Winston
Lauren T. Chavez
RODEY DICKASON SLOAN AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103
Telephone: 505-765-5900
Email: ssparks@rodey.com
Email: lwinston@rodey.com
Email: lchavez@rodey.com
*Attorneys for Defendants EP Expedited Transport, LLC and Rogelio Martinez*